# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JACKIE HEADY, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )    Case No. 11-1151-MLB |
| | ) |
| UNITED STATES BEEF CORPORATION, | ) |
| | ) |
|       Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jackie Heady and Defendant United States Beef Corporation, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that the above-entitled matter is dismissed with prejudice with each party to bear its own fees and costs.

Respectfully submitted this 7th day of March, 2013.

| | |
|---|---|
| LINDNER & MARQUEZ | CONSTANGY, BROOKS & SMITH, LLP |
| | |
| By: /s J. Scott Koksal | By: /s Megan K. Walawender |
| J. Scott Koksal | Nancy M. Leonard, KS Bar #23764 |
| 505 N. 6th | Megan K. Walawender, KS Bar #22955 |
| Garden City, KS 67846 | 2600 Grand Boulevard, Suite 750 |
| Telephone: 620-275-9193 | Kansas City, Missouri 64108 |
| | Telephone: (816) 472-6400 |
| | Facsimile: (816) 472-6401 |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

2030086.1